AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*June 27, 2022*

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| John Troy LEWIS | ) | Case No. **4:22-mj-1456** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 13, 2022__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 751 | Escape from custody of the Federal Bureau of Prisons, an institution in which he was confined by process issued under the laws of the United States. |

This criminal complaint is based on these facts:

**See Attached Affidavit**

☑ Continued on the attached sheet.

*Complainant's signature*

Deputy United States Marshal Moncies Bara
*Printed name and title*

Sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone.

Date: 06/27/2022

*Judge's signature*

City and state: Houston, Texas

United States Magistrate Judge Christina Bryan
*Printed name and title*

## Affidavit in Support of Criminal Complaint

I, Moncies Bara, being duly sworn hereby depose and state:

1. That I am a Deputy United States Marshal with the United States Marshal Service in Houston, Texas and have been employed in this capacity since October 2005.

2. During my employment with the United States Marshal Service, I am trained in fugitive investigations and federal law violations to include escape of federal prisoners. I am currently assigned to the Gulf Coast Violent Offenders & Fugitive Task Force. My primary responsibility as a member of the Task Force is to conduct fugitive investigations.

3. This affidavit is prepared in conjunction with the request for a complaint and arrest warrant for John Troy LEWIS who violated Title 18 United States Code section 751, when he escaped from the custody of the Federal Bureau of Prisons, an institution in which he was confined by process issued under the laws of the United States.

4. On or about August 10, 2016, John Troy Lewis was sentenced to 84 months in the Federal Bureau of Prisons by Federal District Judge Marsha Crone in case number 16-CR-00016 in the Eastern District of Texas. Mr. Lewis was sentenced for the offense of Bank Robbery in violation of 18 U.S.C. 2113.

5. On June 13, 2022, John Lewis was in-transit to the Leidel RRC halfway house facility located at 1819 Commerce St, Houston, Southern District of Texas. Affiant has knowledge that Leidel RRC Hafway house is a privately operated halfway house contracted by the United States Bureau of Prisons to house federal prisoners as they complete their sentences. On June 13, 2022, John Troy LEWIS departed from USP LEE facility in Virginia to the Greyhound Bus Station in Bristol TN. LEWIS was to travel to the Leidel RRC halfway house facility to report in person *to serve the remainder of his federal sentence.* LEWIS was ordered to report no later than 5:15 pm on June 14, 2022. LEWIS did not arrive in Houston, TX, and did not report to the Leidel facility for check-in. LEWIS has not contacted USP LEE or the Leidel RRC facility.

6. On June 15, 2022, at 08:00am, Leidel RRC staff conducted an accountability check on inmate LEWIS for check-in and advised that LEWIS had not arrived or reported to the facility in Houston, TX. Inmate LEWIS was unaccountable. The U.S. Marshals Houston office received a notification on June 15, 2022, with an Escape Notification Flyer BP-S393.058 from the Federal Bureau of Prisons indicating LEWIS was on Escape status.

7. Based on the fugitive investigation, I believe that LEWIS has escaped from completing the remainder of his federal sentence and halfway house detention as supervised by Leidel RRC.

8.   I believe that probable cause exists to believe that John Troy LEWIS violated Title 18, United States Code, Section 751(a); Escape.

Moncies Bara
Deputy U.S. Marshal
United States Marshal Service


Sworn to before me this 27th day of June 2022 by telephone, and I find probable cause.

Christina Bryan
United States Magistrate Judge