UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CASE NO. 4:22-CR-398 |
| § | |
| JOHN TROY KEITH LEWIS, § | |
| Defendant. § | |

### UNITED STATES MOTION TO DISMISS COUNT TWO

COMES NOW the United States of America, by and through, Alamdar S. Hamdani, United States Attorney for the Southern District of Texas, and George Stuart Tallichet, Jr., Assistant United States Attorney, and pursuant to the Defendant's plea of guilty and sentencing on Count One of the Indictment, moves this Court to dismiss Count Two only of the Indictment against John Troy Keith Lewis without prejudice under Rule 48(a) of the Federal Rules of Criminal Procedure.

WHEREFORE, PREMISES CONSIDERED, the United States moves that this Motion to Dismiss Count Two only against John Troy Keith Lewis be granted.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: /s/ George Stuart Tallichet, Jr.
GEORGE STUART TALLICHET, JR.
Assistant United States Attorney
(713) 567-9559

### CERTIFICATE OF SERVICE

This is to certify that on the 11th day of January, 2023, copies of the United States Motion to Dismiss Count Two Against John Troy Lewis was sent to Ms. Tatiana Obando, AFPD, counsel for defendant, either by electronic filing and e-mail.

By: /s/ George Stuart Tallichet, Jr.
George Stuart Tallichet, Jr.
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| v. | § § | CASE NO. 4:22-CR-398 |
| **JOHN TROY KEITH LEWIS,** Defendant. | § § § | |

## O R D E R

Upon the motion of the United States, pursuant to Rule 48(a), Federal Rules of Criminal Procedure and without objection of the defendant, it is hereby **ORDERED** that Count Two only of the Indictment in the above styled case are dismissed without prejudice against defendant, **JOHN TROY KEITH LEWIS.**

Entered this _____ day of January, 2023.

_____
**HONORABLE SIM LAKE**
**UNITED STATES DISTRICT JUDGE**